Form G5 (20200713_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 22-03672 |
| | ) | |
| Gamal Naguib | ) | Chapter: 7 |
| Analida Naguib, | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER EXTENDING THE STATUTE OF LIMITATIONS
## IMPOSED BY SECTION 546(a)(1)(A) OF THE BANKRUPTCY CODE

This matter having come before the Court on the motion (the "Motion") of Frank Kokoszka (the "Trustee") to toll the statute of limitations imposed by section 546(a)(1)(A), due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

(1) The Motion is granted in part as set forth herein.

(2) The statute of limitations imposed by section 546(a)(1)(A) is extended to August 1, 2024. The Trustee is authorized to commence any action or proceeding under section 544, 545, 547, 548, or 553 up to and including August 1, 2024, without prejudice to a further extension of the statute of limitations.

Enter: *Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 20, 2024

**Prepared by:**
William J. Factor (6205675)
Lars Peterson (6293551)
FACTORLAW
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel: (312) 878-6146
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com